IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LARRY BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-013 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

At the close of briefing, Plaintiff filed a motion to remand, arguing for a sentence six remand based on a recent determination that Plaintiff was disabled as of March 1, 2016, the date of a disability application filed subsequent to 2010 disability applications at issue in the captioned appeal. (Doc. no. 13.) Defendant did not object to Plaintiff raising a new issue at the close of briefing and has filed its opposition to the motion. (Doc. no. 14.) Therefore, the Court will consider this additional basis for challenging the administrative decision.

Because the Court will necessarily have to make a determination on whether remand is appropriate when it reviews the merits of Plaintiff's briefing, as amended with the belated request for a sentence six remand, pursuant to 42 U.S.C. § 405(g), the Court **DIRECTS** the

Clerk to **TERMINATE** this motion from the motions report. (Doc. no. 13.)

SO ORDERED this 19th day of October, 2016, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA